IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Petitioner, | )<br>)<br>) | |
| v. | )<br>) | CIVIL ACTION NO. 3:25-cv-704 |
| JESSICA P. TRAN, | )<br>)<br>)<br>)<br>) | |
| Respondent. | ) | |

## PETITION TO ENFORCE IRS SUMMONS

The United States of America petitions this Court for an order enforcing the IRS administrative summons served on the respondent, Jessica P. Tran. In support, the United States avers as follows:

1. Jurisdiction over this matter is conferred upon this Court by 26 U.S.C. §§ 7402 and 7604(a) and by 28 U.S.C. §§ 1340 and 1345.

2. The summoned person resides or may be found within the boundaries of this district.

3. Ellis Smith is a Revenue Agent of the Internal Revenue Service, employed in the Small Business/Self-Employed Division of the IRS in Dallas, Texas.

4. Revenue Agent Ellis Smith is conducting an investigation for the purpose of determining the correct federal income tax liability of Jessia P. Tran for the 2022 tax year.

5. In his capacity as an IRS Revenue Agent, Ellis Smith is authorized to issue IRS summonses pursuant to 26 U.S.C. § 7602, 26 C.F.R. § 301.7602-1, 26 C.F.R. § 301.7602-1T, and Internal Revenue Service Delegation Order No. 4 (as revised).

6. Pursuant to the above-described investigation, on June 5, 2024, Revenue Agent Ellis Smith issued an IRS administrative summons to Jessica P. Tran, directing her to appear before

Revenue Agent Ellis Smith on June 20, 2024, at 9:00 a.m., at the place identified in the summons. The summons directed Jessica P. Tran to appear and to produce for examination certain books, papers, records, or other data as described in the summons.

7. Revenue Agent Ellis Smith served an attested copy of the summons by leaving it at the last and usual place of abode of the person to whom it was directed.

8. The respondent failed to appear on June 20, 2024, and, to date, has failed to comply with the summons.

9. The books, papers, and other data described in the summons are not already in the possession of the IRS. The United States does not seek enforcement of the summons with respect to those documents already within the IRS's possession.

10. All administrative steps required by the Internal Revenue Code for the issuance of the IRS summons have been followed.

11. The books, records, paper, and/or other data sought by the summons may be relevant to the IRS's investigation.

12. No Justice Department referral is in effect within the meaning of 26 U.S.C. § 7602(d)(2) with respect to Jessica P. Tran for the year under investigation.

13. In order to obtain enforcement of a summons, the United States must establish that the summons: (1) is issued for a legitimate purpose; (2) seeks information relevant to that purpose; (3) seeks information that is not already within the IRS's possession; and (4) satisfies all administrative steps required by the Internal Revenue Code. *United States v. Powell*, 379 U.S. 48, 57-58 (1964).

14. The attached Declaration of Revenue Agent Ellis Smith establishes the government's prima facie showing under *Powell*.

WHEREFORE, the United States respectfully prays as follows:

A. That this Court enter an order directing the respondent to show cause in writing, if any, why she should not comply with and obey the aforementioned IRS summons and every requirement thereof;

B. That this Court enter an order directing the respondent to fully obey the subject summons and each requirement thereof, by ordering the attendance and production required and called for by the terms of the summons, before Revenue Agent Ellis Smith, or any other proper officer or employee of the IRS, at such time and place as may be set by Revenue Agent Ellis Smith or any other proper officer or employee of the IRS; and

C. That the Court grant such other and further relief as the Court deems proper or justice may require.

Respectfully submitted,

*/s / Daniel T. Gaffney*
DANIEL T. GAFFNEY
Attorney-In-Charge
Special Assistant United States Attorney
N.D. Texas Bar No. 5542212NY
New York Bar No. 5542212
Florida Bar No. 112498
4050 Alpha Rd., 13th Floor
Dallas, Texas 75244-4203
(469) 801-0708
Daniel.T.Gaffney@irscounsel.treas.gov